425 A.2d 841

Commonwealth v. Moore M., Appellant.

Submitted June 29, 1979. Gordon J. Scopinich, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is hereby affirmed.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, are sitting by designation.